UNITED STATES
BANKRUPTCY COURT
Southern District of New York
One Bowling Green Division

# 00187633 -- KC
September 12, 2011

| Code | Case # | Qty | Amount |
|---|---|---|---|
| FORFEIT | 04-10390 | | 3.58 CK |
| Debtor - PREMIUM WEAR INC. | | | |

TOTAL→  3.58

FROM: UNCLAIMED DIVIDENDS
      04-10390
      ROBERT L. GELTZER
      TRUSTEE

## DIVIDENDS REMITTED TO THE COURT

Case Number 04-10390 - IDEAL MARKETING LLC

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| PREMIUMWEAR, INC<br>5500 FELTL ROAD<br>MINNESTONKA, MN 55343-7902 | 000029 | 72.43 | 3.58 |
| ---------- Remittance Total ---------- | | 72.43 | 3.58 |

ROBERT L. GELTZER, TRUSTEE



RECEIVED SEP - 9 2011 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK